UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BRIAN MATTHEW TAYLOR,

                Plaintiff,    CASE NO.: 5:22-cv-02122-CJC-SK

   -v-

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

                Defendant.

**ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the stipulation of the parties and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

1

IT IS HEREBY ORDERED that **attorney fees** in the amount of One Thousand Two Hundred Seventy-Nine Dollars and Eighty-Five Cents ($1,279.85) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group at:

>250 South Clinton St., Suite 210,
>Syracuse, NY 13202

So ordered.

Date: June 20, 2023

Hon. Cormac J. Carney
United States District Judge

[Proposed Order proffer: Stuart T. Barasch; copy to Michael Marriott]

**CC: FISCAL**